U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 6 2006

ROBERT H. SHEMWELL, CLERK
BY _____
              DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ADANA MAYO, REGINA WADE AND SARA MAYO | : | DOCKET NO. 04-1014 |
| VS. | : | JUDGE TRIMBLE |
| RESEARCH ANALYSIS AND MAINTENANCE, INC. A/K/A RAM | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment filed by defendant Research Analysis and Maintenance, Inc. against Sara Mayo (doc. #30) is hereby **GRANTED IN PART AND DENIED IN PART**. The motion to dismiss Sara's claim of sexual harassment is hereby **GRANTED** and said claim is dismissed with prejudice; the motion to dismiss Sara's claims of retaliation is **DENIED**. The motion for summary judgment filed by RAM against Regina Wade (doc. # 32) is hereby **GRANTED IN PART AND DENIED IN PART**. The motion to dismiss Regina's claim of sexual harassment is hereby **GRANTED** and said claim is dismissed with

prejudice; the motion to dismiss Regina's claims of retaliation is hereby **DENIED**; the motion to dismiss Regina's gender discrimination claim is hereby **GRANTED** and said claim is dismissed with prejudice. The motion for summary judgment filed by RAM against Adana Mayo (doc. #34) is hereby **GRANTED IN PART AND DENIED IN PART**. The motion to dismiss Adana's claim of sexual harassment is hereby **GRANTED** and said claim is dismissed with prejudice; the motion to dismiss the claim of retaliation is hereby **DENIED**; and the motion to dismiss Adana's failure to promote claim is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court has determined there is no just reason for delay and hereby directs entry of final judgment under rule 54(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, this 26 day of July, 2006.

DEE D. DRELL, UNITED STATES
DISTRICT JUDGE
FOR
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE