U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| ADANA MAYO, ET AL | : | DOCKET NO. 04-1014 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| RESEARCH ANALYSIS & MAINTENANCE, INC. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to review the taxation of costs (doc. #156) is hereby **GRANTED** in part and **DENIED** in part. The motion to review the Clerk's taxation of costs is granted to the extent that the Court will allow the deposition costs for Adana Mayo, Regina Wade, Bethany Waldron, Robert Harrelson, Arliss Garner and Eric Wade; otherwise, the motion is denied. The motion to apportion costs (doc. #158) is hereby **GRANTED** in part and **DENIED** in part. The motion to apportion costs is granted to the extent that the costs shall be apportioned equally among the three (3) Plaintiffs; otherwise the motion is denied.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 19th day of June, 2007.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE